No. 80–1859.   BALTER *v.* ETHYL CORP.   Dist. Ct. App. Fla., 3d Dist.   Certiorari denied.   JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 79–621.   ARIZONA *v.* MANYPENNY, 451 U. S. 232;

No. 79–1176.   CITY OF MEMPHIS ET AL. *v.* GREENE ET AL., 451 U. S. 100;

No. 80–1395.   BRADLEY ET AL. *v.* J. F. BATTE & SONS OF RICHMOND, INC., ET AL.; and LAFAYETTE, INC., ET AL. *v.* J. F. BATTE & SONS OF RICHMOND, INC., ET AL., 451 U. S. 909;

No. 80–1470.   PENNINGTON ET AL. *v.* UNITED STATES, 451 U. S. 938;

No. 80–5980.   COLEMAN *v.* BALKCOM, WARDEN, 451 U. S. 949; and

No. 80–6293.   IN RE JONES, 451 U. S. 936.   Petitions for rehearing denied.

JUNE 18, 1981

No. A–1046 (80–2078).   DAMES & MOORE *v.* REGAN, SECRETARY OF THE TREASURY, ET AL.   C. A. 9th Cir.   [Certiorari granted, *ante,* p. 932.]   Joint application for waiver of the page limitation of the parties' briefs on the merits, addressed to CHIEF JUSTICE BURGER and referred to the Court, granted. Motion of petitioner to dispense with printing the joint appendix denied.

JUNE 19, 1981

No. 80–2040.   NATIONAL LABOR RELATIONS BOARD *v.* LEONARD CREATIONS OF CALIFORNIA, INC.   C. A. 9th Cir.   Certiorari dismissed under this Court's Rule 53.